IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Janice McLean DeLoateh
PO Box 1194
Abingdon MD 21009

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against- Holiday Inn +
Baywood Hotels, + 1701 Russell Street, LLC
1701 Russell Street
Baltimore MD 21230

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. JKB-18-3811
(to be filled in by the Clerk's Office)

Jury Trial:  ☐ Yes  ☐ No
(check one)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Janice McLean Delooteh
   Street Address: PO Box 1194
   City and County: Abingdon, Harford
   State and Zip Code: Maryland, 21009
   Telephone Number: 443-299-7360
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Baywood Hotels + Holiday Inn
   Job or Title (if known): & 1701 Russell Street, LLC.
   Street Address: 1701 Russell Street
   City and County: Baltimore, Baltimore City
   State and Zip Code: Maryland 21230
   Telephone Number:
   E-mail Address (if known):

Defendant No. 2

Name: Irving Rivers
Job or Title (if known): Supervisor Baywood Hotels, Hol. Day Inn Express 1701 Russell st, LLC
Street Address: 1701 Russell St
City and County: Baltimore, Baltimore City
State and Zip Code: Maryland 21230
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Cindy (have to find last name)
Job or Title (if known): General Manager Baywood Hotels 1701 Russell St, LLC Hol. Day Inn Express
Street Address: 1701 Russell Street, LLC
City and County: Baltimore, Baltimore City
State and Zip Code: Maryland, 21230
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) Plaintiff is suing for sexual harassment, wrongful termination, retaliation.

2.) Defendant - was the sexual harasser and it's establishments, and covered up direct evidence that supported my employment not being terminated and suppressed the evidence to cover up the sexual harassment complaint.

3.) General Manager - Cindy fired or terminated my employment in retaliation and to cover up sexual harassment complaint.

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Damages for sexual harassment, wrongful termination, loss of wages, retaliation, punitive, pain and suffering

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-11, 2018

Signature of Plaintiff  /s/ Joyce Dellwell

Printed Name of Plaintiff  Joyce McLean DeLoatch

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____

Exhibit #1

# STATE OF MARYLAND
## DEPARTMENT OF LABOR, LICENSING AND REGULATION
## DIVISION OF UNEMPLOYMENT INSURANCE
### NOTICE OF BENEFIT DETERMINATION

NAME: JANICE   L MCLEAN DELOATCH
SSN: XXX-XX-8988
DATE MAILED:  11/29/2017
BENEFIT YEAR BEGINS:   11/05/2017

APPEALS DIVISION
1100 N. EUTAW ST.   RM 505
BALTIMORE, MARYLAND     21201
MAIL   APPEAL TO ADDRESS ABOVE
OR FAX TO: 410-225-9781

JANICE      L MCLEAN DELOATCH
PO BOX 1194

ABINGDON            MD 21009 6194

ISSUE   DISCHARGE
SECTION OF LAW   8-1003
DATE OF DETERMINATION   11/28/2017
SPECIALIST ID   EWCU1Q

1701 RUSSELL STREET LLC

1701 RUSSELL STREET
BALTIMORE              MD 21230 2024

THE LAST DAY TO FILE AN APPEAL IS: 12/13/2017
(IF THIS DECISION IS CHANGED ON APPEAL, THE CLAIMANT
WILL BE REQUIRED TO REPAY ANY RESULTING OVERPAYMENT.)

DETERMINATION:

> THE CLAIMANT WAS DISCHARGED OR SUSPENDED BY THE EMPLOYER, 1701 RUSSELL STREET
> ON 10/26/2017. THE EMPLOYER HAS NOT PROVIDED ADDITIONAL INFORMATION AS
> REQUESTED.
> INSUFFICIENT INFORMATION HAS BEEN PRESENTED TO SHOW THAT THE CLAIMANT'S
> ACTIONS CONSTITUTED MISCONDUCT IN CONNECTION WITH THE WORK. AS A RESULT, IT IS
> DETERMINED THAT THE CIRCUMSTANCES SURROUNDING THE SEPARATION DO NOT WARRANT
> A DISQUALIFICATION UNDER SECTION 8-1002 OR 8-1003 OF THE MARYLAND UNEMPLOYMENT
> INSURANCE LAW.

BENEFITS ARE ALLOWED, IF OTHERWISE ELIGIBLE.

## APPEAL RIGHTS:

IMPORTANTE: Esta determinación puede afectarlo para recibir sus beneficios del Desempleo. Si usted no está de acuerdo con la decisión, usted debe apelar inmediatamente. Contáctese con el Centro de College Park, al 301-313-8000, presione 2.

CLAIMANT AND EMPLOYER:  Section 8-508 of the Maryland Unemployment Insurance Law provides the right to appeal this determination. If you disagree with the decision you may file an appeal. Appeals must be in writing and explain why you disagree with the decision that was issued. The appeal must be postmarked within (15) days of "date mailed" above. If the appeal is filed late, the Appeals Division will determine, during the hearing, if the reason for the late filing is with good cause. A claimant who appeals a determination and remains unemployed must continue to file timely continued claims for each week. NO LATE CONTINUED CLAIMS WILL BE ACCEPTED. If an appeal decision results in reversal or modification of this determination, the claimant may be paid benefits previously denied or may be overpaid benefits previously paid.

SEE BACK OF FORM FOR PROVISIONS OF THE LAW

DLLR/DUI 222 (REVISED 3/17 (MABS) SIDE 1

| SECTION OF LAW | PROVISIONS OF THE LAW REGARDING BENEFITS |
|---|---|
| 8-801 | The claimant must be totally or partially unemployed through no fault of his/her own. |
| 8-803 | A claimant must report all earnings for each week he/she files claims for unemployment insurance benefits. |
| 8-804 | The dependents allowance is payable only if the claimant provides support for the dependent child under 16 years of age at the beginning of the claimant's benefit year. |
| 8-809 | If the claimant has received benefits for which he/she is found to have been ineligible, the claimant must repay those benefits. In addition, the amount may be recovered from benefits payable to the claimant in the future. |
| 8-809 | If the claimant is found to have knowingly made a false statement or failed to disclose material facts in order to obtain/increase unemployment benefits, he/she will be disqualified for one year, charged a 15% penalty that will be added to the total overpayment amount, and be assessed for 1.5% interest on the entire overpayment amount, including fraud penalty and interest, and may be prosecuted. |
| 8-901 | The claimant must file a claim for each week of unemployment in accordance with regulations. |
| 8-902 | The claimant must register for work and continue to report and keep his/her registration active. |
| 8-903 | The claimant must be able to work and available for work and make a reasonable effort to find work. |
| 8-910 | The claimant who received benefits in a previous benefit year shall not be eligible for future benefits unless the claimant has worked for an employer and earned wages equal to ten times his/her new weekly benefit amount after the beginning of the first of such benefit years. |
| 8-1001 | If the claimant voluntarily left work without good cause, the claimant may be disqualified from five to ten weeks or until he/she has become reemployed and earned fifteen times his/her weekly benefit amount. If a claimant voluntarily leaves work to become self-employed, to accompany or join a non-military spouse in a new locality or to attend an educational institution the claimant will be disqualified until he/she has become reemployed and earned fifteen times his weekly benefit amount. |
| 8-1002 | If the claimant was discharged or suspended for gross misconduct connected with the work, the claimant will be disqualified until he/she becomes reemployed and has earned twenty times his/her weekly benefit amount on a claim effective prior to 3-6-11. The claimant will be disqualified until he/she becomes reemployed and has earned twenty-five times his/her weekly benefit amount on a claim effective on or after 3-6-11. |
| 8-1002.1 | If the claimant was discharged or suspended for aggravated misconduct connected with the work, the claimant will be disqualified until he/she has become reemployed and has earned thirty times his/her weekly benefit amount. |
| 8-1003 | If the claimant was suspended or discharged for misconduct (not gross) connected with the work, the claimant may be disqualified from five to ten weeks on a claim effective prior to 3-6-11. The claimant may be disqualified from ten to fifteen weeks on a claim effective on or after 3-6-11. |
| 8-1004 | If the claimant's unemployment is due to a stoppage of work because of a labor dispute (other than a lockout) he/she will be disqualified for the duration of the stoppage of work. |
| 8-1005 | If the claimant failed, without good cause, to apply for available, suitable work, or to accept such work when offered to him/her, the claimant may be disqualified from five to ten weeks or until he/she becomes reemployed and has earned ten times his/her weekly benefit amount. |
| 8-1006 | If the claimant has applied for or is receiving unemployment benefits under the laws of another State or of the United States, the claimant is not eligible for benefits in Maryland. |
| 8-1007 | If the claimant is receiving vacation or holiday pay and has a definite return to work date at the time of separation, benefits will be denied or reduced for the week(s) to which the pay applies. |
| 8-1008 | If the claimant is receiving a pension, annuity, profit sharing, or retirement pay other than Social Security, or any other similar periodic payment based on his/her previous work for a base period employer, benefits will be denied or reduced. |
| 8-1009 | If the claimant receives dismissal pay, benefits will be denied or reduced for the week(s) to which the pay applies. |